# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: REAPPOINTMENTS TO THE | : | No. 637 |
| | : | |
| CIVIL PROCEDURAL RULES | : | CIVIL PROCEDURAL RULES DOCKET |
| | : | |
| COMMITTEE | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of April, 2016, Johanna L. Gelb, Esquire, Lackawanna County, Jarad W. Handelman, Esquire, Montgomery County, and David L. Kwass, Esquire, Philadelphia, are hereby reappointed as members of the Civil Procedural Rules Committee for a term of three years commencing June 30, 2016.